IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSCAR PEEPLES, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PRESTIGE DELIVERY SYSTEMS, INC. | : | NO. 11-2373 |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *15th* day of *December*, 2011, upon consideration of the Motion to Dismiss filed by Defendant Prestige Delivery Systems, Inc. (Docket No. 5), Plaintiff Oscar Peeples's Response in Opposition (Docket No. 8), and Defendant's Reply Brief (Docket No. 9), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. This case is **DISMISSED** in its entirety.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.